UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHARRON MARIE GLOVER-  )
ARMSTEAD, JR.,             )
       Plaintiff,         )
                           )
v.                         )      **JUDGMENT**
                           )
                           )      No. 5:12-CV-364-F
                           )
U.N.C. HEALTH CARE ER UNIVERSITY )
OF N.C. HEALTH CARE SYSTEM,      )
       Defendant.         )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court concludes that the Memorandum and Recommendation is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's Memorandum and Recommendation. This case is DISMISSED as frivolous. The Clerk of Court is DIRECTED to close this case and remove it from the docket.

**This Judgment Filed and Entered on April 15, 2013, and Copies To:**

Sharron Marie Glover-Armstead, Jr., (P.O. Box 51661, Durham, NC 27717 and also to 107 West Cornwallis Road, Durham, NC 27707)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| April 15, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |